STATE OF NEW JERSEY v. JOSEPH LOUISA.

June 26, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. WALTER LEE.

June 26, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. JEROME PROVET.
June 26, 1975.  Petition for certification denied.  (See 133 *N. J. Super.* 432)

HOWARD C. NEWMAN v. ARTHUR D. CHASE.

March 20, 1975.  Certification to Superior Court, Chancery Division is granted.

JOHN BRUNETTI v. BORO OF NEW MILFORD.

April 24, 1975.  Certification to Superior Court, Law Division is granted.

UNITED STATES TRUST COMPANY OF NEW YORK v. STATE OF NEW JERSEY.

May 16, 1975.  Certification to Superior Court, Law Division is granted.  (See 134 *N. J. Super.* 124)